UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # 5

France

-v-

Viacom, Inc. et al

USCA NO. _____

SDNY NO. 07cv 6040

JUDGE: DAB

DATE: Aug. 3, 2007

*U.S. DISTRICT COURT FILED AUG 0 3 2007 S.D. OF N.Y.*

INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME)    THOMAS PISARCZYK
          FIRM        APPEALS SECTION
       ADDRESS   UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NY
                 500 PEARL STREET, NEW YORK, NEW YORK 10007
     PHONE NO.         (212) 805-0636

DISTRICT COURT DOCKET ENTRIES ----------------------------------------

DOCUMENTS                                                         DOC#

Clerk's Certificate

See Attached List of Numbered Documents

(X) Original Record                        (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 3RD Day of August, 2007.

United States District Court for
the Southern District of New York

Date: AUG. 3, 2007

U.S.C.A. # _____

U.S.D.C. # 07 civ 6040

D.C. JUDGE DAB

----------------------------------------

France

-v-

Viacom, Inc.

----------------------------------------

# Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __4__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

**Date Filed**              **Document Description**

_____
_____
_____
_____
_____
_____
_____
_____

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this __3rd__ Day of __AUGUST__ In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
       Deputy Clerk

APPEAL

# U.S. District Court
# United States District Court for the Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:07-cv-06040-DAB
# Internal Use Only

France v. Viacom, Inc. et al
Assigned to: Judge Deborah A. Batts
Demand: $9,999,000
Cause: 17:101 Copyright Infringement

Date Filed: 06/26/2007
Jury Demand: None
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 06/26/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Faness France.(jeh) (Entered: 06/29/2007) |
| 06/26/2007 | 2 | COMPLAINT against Copyright infringement from Vintage Soul for Say it Loud, Oprah Winfrey, Quincy Jones, Mallory D. Levitt & Eric Beyer, Jasmine Powell, Viacom, Inc., Sumner Redstone, Ethan Goldman, Joe Newfield, Robin E. Silverman, Mallory D. Levitt, Selene H. Costello. Document filed by Faness France.(jeh) (Entered: 06/29/2007) |
| 06/26/2007 | | Magistrate Judge Theodore H. Katz is so designated. (jeh) (Entered: 06/29/2007) |
| 06/26/2007 | 3 | ORDER OF DISMISSAL; Accordingly, to the pro se complaint the close and sympathetic reading to which it is entitled, plaintiff's allegations fail to state a claim upon which relief may be granted as to any of her claims based on federal law. The complaint, filed in forma pauperis under 28 U.S.C. 1915(a)(1)(B) (iii), is dismissed pursuant to 28 U.S.C. 1915(e)(2). I certify pursuant to 28 U.S.C. 1915(a)...that any appeal from this order would not be taken in good faith (Signed by Judge Deborah A. Batts on 06/26/2007) (jeh) (Entered: 06/29/2007) |
| 07/27/2007 | 4 | NOTICE OF APPEAL from [3] Order Dismissing Complaint (I.F.P.). Document filed by Faness France. (tp) (Entered: 08/03/2007) |
| 07/27/2007 | | Appeal Remark as to [4] Notice of Appeal filed by Faness France. $455.00 APPEAL FEE DUE. IFP REVOKED 6/26/07. (tp) (Entered: 08/03/2007) |
| 08/03/2007 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [4] Notice of Appeal. (tp) (Entered: 08/03/2007) |
| 08/03/2007 | | Transmission of Notice of Appeal to the District Judge re: [4] Notice of Appeal. (tp) (Entered: 08/03/2007) |