**MANDATE**

S.D.N.Y.-N.Y.C.
07-cv-6040
Batts, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 4th day of January, two thousand and eight.

Present:
Hon. Dennis Jacobs,
*Chief Judge,*
Hon. Guido Calabresi,
Hon. Rosemary S. Pooler,
*Circuit Judges.*




---

Faness France,

*Plaintiff-Appellant,*

v. 07-3344-cv

Viacom, Inc., *et al.*,

*Defendants-Appellees.*

---

Appellant, *pro se*, moves for leave to proceed *in forma pauperis* and for this Court to list omitted defendants on the public docket. Upon due consideration, it is hereby ORDERED that the motion for leave to proceed *in forma pauperis* is GRANTED , and the oeder of the District Court dismissing this appeal is VACATED, for the purpose of remanding the proceeding for the district court to afford Appellant an opportunity to amend her complaint. *See* 28 U.S.C. § 1915(e)(2)(B)(ii); *Gomez v. USAA Fed. Sav. Bank*, 171 F.3d 794, 795-96 (2d Cir. 1999) (holding that a district court should afford a *pro se* plaintiff an opportunity to amend his complaint prior to its dismissal for failure to state a claim unless the court can rule out any possibility, however unlikely it might be, that an amended complaint would succeed in stating a claim). It is further ordered that the motion to add

SAO-ED

JAN - 4 2008

ISSUED AS MANDATE: FEB 11 2008

names to the docket is DENIED.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By: Lucille Carr

SAO-ED A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by Sloc
DEPUTY CLERK