UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____X

FANESS FRANCE,

Plaintiff,

-against-

VIACOM INC., 15125 Broadway New York
New York, SUMNER REDSTONE; ETHAN
GOLDMAN; JOE NEWFIELD; ROBIN E.
SILVERMAN; MALLORY D. LEVITT;
SELENE H. COSTELLO; COPYRIGHT
INFRINGEMENT from "Vintage Soul" for
"Say It Loud," and Corruption & co-conspirators
ESPN Sports - "Vintage NBA," Rhino Records-
"Say It Loud" CD's; OPRAH WINFREY -
"Vintage Oprah," QUINCY JONES -"Say It
Loud"; BET - Black Entertainment Television -
"Vintage BET"; MALLORY D. LEVITT &
ERIC BEYER, Trademark (corruption)-
"Vintage Soul" (wetsuit store) and the NAACP,
JULIAN BOND Chairman & Assistant, JASMINE
POWELL - Corruption

Defendants.

_____X

**ORDER**

07 Civ. 6040 (LAP)

**LORETTA A. PRESKA, United States District Judge**

By order dated June 26, 2007, the Court dismissed plaintiff's complaint. Plaintiff appealed. In a mandate issued February 11, 2008, the United States Court of Appeals for the Second Circuit remanded the instant matter to this Court with instructions to afford plaintiff an opportunity to amend his complaint. See France v. Viacom, Inc. et al., No. 07-3344, Mandate (2d Cir. Feb. 11, 2008) (denying leave to add new defendants).

Accordingly, the Clerk of Court is directed to re-open this matter. Plaintiff is directed to submit an amended complaint curing the defects in his complaint that were identified in the Court's June 26,

1

2007 order. Should plaintiff decide to file an amended complaint, it must be submitted to this Court's *Pro Se* Office within sixty (60) days of the date of this order, be captioned as an "Amended Complaint" and bear the same docket number as this order.[1] Plaintiff is advised that the amended complaint will completely replace the original complaint. A copy of this order must be attached to the amended complaint. No summons shall issue at this time and all further proceedings shall be stayed for sixty (60) days or until plaintiff has complied with this order. If plaintiff fails to comply with this order within the time allowed, the complaint will be dismissed. Once submitted, the amended complaint shall be reviewed for compliance with this order and substantive sufficiency and then, if proper, a summons shall be issued in accordance with the procedures of the Clerk's Office. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith.    See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED

LORETTA A. PRESKA
United States District Judge

Dated: JULY 14, 2008
New York, New York

---

[1]An amended complaint form is attached to this order for plaintiff's convenience.

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
_____
_____

_____ Civ. _____ ( ___ ) ( ___ )

*(In the space above enter the full name(s) of the plaintiff(s).)*

**AMENDED
COMPLAINT**

-against-

_____
_____
_____
_____
_____
_____
_____
_____

Jury Trial:  ☐ Yes    ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

**I.    Parties in this complaint:**

A.    List your name, address and telephone number. If you are presently in custody, include your
identification number and the name and address of your current place of confinement. Do the same
for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name _____
            Street Address _____
            County, City _____
            State & Zip Code _____
            Telephone Number _____

B.    List all defendants. You should state the full name of the defendant, even if that defendant is a
government agency, an organization, a corporation, or an individual. Include the address where
each defendant may be served. Make sure that the defendant(s) listed below are identical to those
contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name _____
                   Street Address _____
                   County, City _____
                   State & Zip Code _____
                   Telephone Number _____

Defendant No. 2    Name _____
                   Street Address _____
                   County, City _____
                   State & Zip Code _____
                   Telephone Number _____

Defendant No. 3    Name _____
                   Street Address _____
                   County, City _____
                   State & Zip Code _____
                   Telephone Number _____

Defendant No. 4    Name _____
                   Street Address _____
                   County, City _____
                   State & Zip Code _____
                   Telephone Number _____

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

      □ Federal Questions          □ Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____
      _____
      _____

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

      Plaintiff(s) state(s) of citizenship _____
      Defendant(s) state(s) of citizenship _____
      _____

### III.    Statement of Claim:

State as briefly as possible the facts of your case.    Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? _____

_____

B.    What date and approximate time did the events giving rise to your claim(s) occur? _____

_____

_____

C.    Facts: _____

| What happened to you? |
| Who did what? |
| Was anyone else involved? |
| Who else saw what happened? |

### IV.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

_____

_____

_____

_____

*Rev. 07/2007*                                    3

## V.    Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ___ day of _____, 20__.

Signature of Plaintiff    _____

Mailing Address    _____

_____

_____

Telephone Number    _____

Fax Number *(if you have one)*    _____

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:    _____

Inmate Number    _____